# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WILFRED CHAMBERS                                                                                    PLAINTIFF

v.                                        NO. 4:12CV00192 JLH

TERRY BAILEY, Jail Administrator,
Pope County Detention Center, *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE